# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Rudolph Giuliani

    v.

Case No.: 23-CV-00543-AJ

Joseph Robinette Biden, Jr., et al.

## NOTICE OF ASSIGNMENT TO UNITED STATES
## MAGISTRATE JUDGE AND CONSENT FORM

    This civil case has been randomly assigned to United States Magistrate Judge Johnstone for all purposes including trial, entry of final judgment, and any post-judgment proceedings. A Magistrate Judge is permitted to exercise this jurisdiction only if all parties consent. Note that a party may refuse to consent without any adverse substantive consequences.

    One party (hereafter the "Filing Party") is responsible to consult with all parties and to electronically file this form with the court advising either that all parties consent to the Magistrate Judge's jurisdiction or that consent is not unanimous. The Filing Party shall submit this consent form as follows: (1) the plaintiff, or the removing defendant if the case was initiated by a Notice or Removal, shall consult with the parties and file this form on or before the deadline for filing the discovery plan <u>unless</u> a defendant files a Rule 12(b) motion, (2) if any defendant files a Fed. R. Civ. P. 12(b) motion in lieu of an answer, that defendant shall consult with the parties and file this form on or before filing the Rule 12(b) motion. Only <u>one</u> document should be filed. While consent is voluntary, submission of this form indicating whether the parties consent to the Magistrate Judge's jurisdiction is <u>mandatory</u>.

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
### (To Be Completed <u>Only</u> If <u>All</u> Parties Consent)

    In accordance with Fed. R. Civ. P. 73, 28 U.S.C. § 636(c), and Local Rule 73.1(b)(2), the undersigned pro se party or counsel of record consent to have Magistrate Judge Johnstone conduct all further proceedings in this case, including trial, entry of judgment, and any post-judgment proceedings, with any appeal going directly to the First Circuit Court of Appeals in the same manner as an appeal from any other judgment of this district.

| Party Represented | Signature of Counsel/Pro Se Party | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(Signatures may be in "/s/" format. <u>See</u> AP 2.7(b). Use additional forms if additional party represented spaces are needed)

~OR~

## REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
### (To Be Completed If <u>Any</u> Party <u>Does Not</u> Consent--Please <u>DO NOT</u> Identify Party)

    In accordance with Fed. R. Civ. P. 73, 28 U.S.C. § 636(c), and Local Rule 73.1(b)(2), the parties advise the court that at least one party does not consent to the Magistrate Judge's jurisdiction. The parties understand that the case will be randomly assigned to proceed before a U.S. District Judge and that pretrial matters may be referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and Local Rule 72.1.

Date: January 2, 2024

/s/ William E. Christie, #11255
Filing Party (or their counsel)

USDCNH-54 (2/6/17)(PREVIOUS EDITIONS OBSOLETE)

**CERTIFCATE OF SERVICE**

      I hereby certify that the foregoing filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF). I further certify that the foregoing has been conventionally served on Louis Diamond, Esquire, counsel for Plaintiff, by electronic mail as follows:

    Louis Diamond, Esquire
    Biker451lou@hotmail.com

                                              /s/ William E. Christie
                                              William E. Christie