IN THE UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF NEW HAMPSHIRE

Case Number: 1:23-cv-00543-PB-AJ

**Rudolph Giuliani**, plaintiff

v.

**Joseph Robinette Biden, Jr.**, individually and as a private citizen,
**Biden for President**, a presidential principal campaign committee,
**Biden Victory Fund**, a nonqualified joint fundraising committee and joint fundraising representative,
**Biden Action Fund,** a nonqualified joint fundraising committee and joint fundraising representative,
**Biden Fight Fund**, a nonqualified joint fundraising committee and joint fundraising representative, and
**Biden Baldwin Victory Fund**, a nonqualified joint fundraising committee and joint fundraising representative,

NOTICE BY THE PLAINTIFF OF BANKRUPTCY FILING

The Plaintiff hereby gives notice through counsel and pursuant to 11 U.S Code § 362 that the Plaintiff is the listed debtor in a bankruptcy court filing in the United States Bankruptcy Court for the Southern District of New York. The case number of this bankruptcy case is 23-12055-shl. This bankruptcy case was filed on December 21, 2023, and is a pending matter before that Court.

The Plaintiff references for verification the Notice of by the Clerk of the U.S. Bankruptcy Court for the Southern District of New York of this filing that accompanies this notice.

Respectfully submitted,

The Plaintiff,
Rudolph Giuliani
By his attorney,

/s/William L. O'Brien
1 Elm Street, Suite 201
Nashua, NH 03060
Tel. (603) 673-0960
WilliamLOBrien@gmail.com
NH Bar ID # 16867

Dated: February 8, 2024

CERTIFICATE OF SERVICE I hereby certify that the foregoing notice and attachment filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF). I further certify that the foregoing has been conventionally served on Attorney William E. Christie, counsel for Plaintiff, by electronic mail as follows:

wchristie@shaheengordon.com

By: /s/William L. O'Brien
William L. O'Brien, Esq.