UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Rudolph Giuliani</u>**

    v.                                                                               Case No. 23-cv-543-PB-AJ

**<u>Joseph Robinette Biden, Jr.,
et al.</u>**

## **<u>ORDER</u>**

      Plaintiff Rudolph Giuliani sued President Biden and several affiliated entities for defamation and false light invasion of privacy based on statements Biden allegedly made during a presidential debate in Nashville, Tennessee. The defendants have filed a motion to dismiss contending, among other things, that the complaint must be dismissed for lack of personal jurisdiction. Giuliani has failed to object to the motion.

      When personal jurisdiction is challenged, the plaintiff "must carry the burden of showing that personal jurisdiction is both statutorily authorized and consistent with the constitutional requirements of due process." [Motus, LLC v. CarData Consultants, Inc., 23 F.4th 115, 121 (1st Cir. 2022)](). For the reasons set forth in the defendants' memorandum, Giuliani has utterly failed to carry this burden. Accordingly, I grant the defendants' motion to dismiss (Doc. 13) without prejudice to the plaintiff's right to refile the complaint in a court that has jurisdiction over the defendants.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

September 13, 2024

cc:     Counsel of Record