```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Rudolph Giuliani

    v.                                        Case No. 1:23-cv-543-PB-AJ

Joseph Robinette Biden, Jr., et. al.


<u>JUDGMENT</u>

In accordance with the Order by Judge Paul Barbadoro dated September 13, 2024, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                __/s/Daniel J. Lynch_____
                                                Daniel J. Lynch
                                                Clerk of Court

Date: October 2, 2024

cc: Counsel of Record